DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
MINNIE LOO, Trial Attorney (#106613)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

FILED
FEB 22 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

Attorneys for Acting United States Trustee
 SARA L. KISTLER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                                  ) No. 10-10043 AJ
                                                       )
                                                       ) Chapter 7
LICERIO M. RAYALA,                                     )
                                                       )
                                                       )
                    Debtor                             )

### ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS

Upon consideration of the Acting United States Trustee's *Ex Parte* Motion for Order for Rule 2004 Examination and to Produce Documents, and good cause appearing, **IT IS ORDERED THAT**:

1. Debtor **Licerio M. Rayala** shall produce copies or originals of the following documents to the Office of the United States Trustee at 235 Pine Street, Suite 700, San Francisco, California 94104, so as to be **received** by or before **5 March 2010**:

    A. Statements of all checking accounts (including all check registers **and** canceled checks or write thru copies) and for all savings, investment, retirement, and other accounts or time deposits for which Debtor had/has signature authority, for the period 1 January 2010 to present.

    B. Copies of all automobile loan statements for the 2005 Nissan Altima, 2006 Acura TL, and 2004 Cadillac Escalade for the period 1 January 2008 to present.

    C. Copies of all credit card statements for the following accounts for the period 1 January 2008 to present:

        American Express, account ending #0753
        Barclays Bank, account ending #9923
        Macy, account ending #3020
        Nordstrom, account ending #4691
        Sears, account ending #5762
        US Bank, account ending #8114
        Visa, account ending #3531
        Wells Fargo Bank, account ending #0167

ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS-10-10043                - 1 -

D. Copy of 2009 tax returns along with all supporting documentation, if prepared. If 2009 tax return has not been prepared, provide copy of all W2 and/or 1099's.

E. Copy of the signed rental agreement for the property located at 587 Birkdale Dr., Vallejo, CA.

F. Copies of all documentation related to the separation/divorce, including a copy of any property settlement agreement.

G. Copies of all 401k statements for the period of 1 January 2009 to present.

2. Debtor **Licerio M. Rayala,** shall appear for and submit to an examination under Rule 2004, on **8 March 2010 at 2:00 p.m.**, at the Office of the United States Trustee at 777 Sonoma Avenue, Room 116, Santa Rosa, or at such other time and place as may be agreed to in writing by the parties.

Dated: February 22, 2010

Gloria Franklin
Clerk of Court

By: *Katie Andersen*
Deputy Clerk, Katie Andersen